PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
07/06/99
THOMAS K. KAHN
CLERK

No. 97-6910

D.C. Docket No. 97-P-1300-S

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

PEMCO AEROPLEX, INC., a subsidiary of
Precision Standard Company, a corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(Opinion February 8 , 1999, 166 F.3d 1311, 11th Cir., 1999)

(July 6, 1999)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.

B Y  T H E  C O U R T :

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.